IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TRANELL STEWART and LISA JONES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:21-cv-1282 JMB |
| v. | ) | |
| | ) | |
| OFFICER ALEXANDER WALDROUP; | ) | |
| OFFICER DAVID DEVOUTON; | ) | |
| OFFICER KEVIN DEVINE; | ) | |
| OFFICER SHANE MONNIG; | ) | |
| OFFICER CLIFF HOUSE; and | ) | |
| CITY OF MARYLAND HEIGHTS. | | |
| | | |
| Defendants. | | |

**PLAINTIFF LISA JONES AGREED ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE comes before the Court upon the Plaintiff Lisa Jones and Defendants' Stipulation to Dismiss with Prejudice by their respective attorneys of record, who have agreed and stipulated to the dismissal of the cause of action.

IT IS HEREBY ORDERED that all counts and causes of action against the Defendants, Officer Waldroup, Officer Devouton, Officer Devine, Officer Monnig, Officer House and City of Maryland Heights, are hereby dismissed with prejudice by Plaintiff Lisa Jones, only, and each party shall bear their own costs and attorney fees.

DATED: _____     ENTERED: _____